UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Hannah Solutions, LLC**
5305 Burrus Lane, SW
Mableton, GA 30126

**84–3995392**

Case No.: **24–57163–pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  November 5, 2024
Form 184